■ BONITA B. BELZ, Respondent, v LIBERTY MUTUAL INSURANCE COMPANY et al., Respondents, and LUMBERMEN'S MUTUAL CASUALTY COMPANY, Appellant.—Judgment unanimously affirmed, with costs, for the

reasons stated at Supreme Court, Bayger, J. (Appeal from judgment of Erie Supreme Court—declaratory judgment.) Present—Cardamone, J. P., Simons, Schnepp, Doerr and Witmer, JJ.